UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8299-GW-MARx | Date | December 13, 2023 |
|---|---|---|---|
| Title | *Yagoubzadeh Law Firm LLP v. Ulises Pizano-Diaz* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 18) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the December 18, 2023 scheduling conference date is taken off calendar. This lawsuit was filed on October 10, 2023. Plaintiff raises two causes of action for trademark infringement and unfair competition as to Defendant's purported violation of Plaintiff's registered mark "1-800-LUCHADOR" in regards to legal services. This is not a complicated matter.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 5, 2024. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for August 8, 2024 at 8:30 a.m., with mediation to be completed by August 5. The parties have chosen to mediate either through the magistrate judge or the Court's mediation panel, and will make arrangements so that the mediation can be completed by August 5 and a joint report filed with the Court by August 6.

3. All regular discovery will be completed by July 26, 2024. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be "completed" (as described above) by August 23, 2024. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8299-GW-MARx | Date | December 13, 2023 |
|---|---|---|---|
| Title | *Yagoubzadeh Law Firm LLP v. Ulises Pizano-Diaz* | | |

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is September 19, 2024.

6. The pre-trial conference will be held on October 17, 2024 at 8:30 a.m. See Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 12).

7. Jury trial will begin on October 29, 2024 at 9:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | JG |