Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
10880 Wilshire Blvd., Ste. 1860
Los Angeles, California 90024
Phone:       310.276.6664
Facsimile:   310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

Attorneys for Plaintiff
YAGOUBZADEH LAW FIRM LLP

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAGOUBZADEH LAW FIRM LLP, a California Limited Liability Partnership;<br><br>Plaintiff,<br><br>vs.<br><br>ULISES PIZANO-DIAZ, an individual;<br><br>Defendant. | Case No.: 2:23-cv-08299<br><br>**STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Central District Local Rule 56-2, Plaintiff Yagoubzadeh Law Firm LLP files the following Statement of Genuine Issues of Material Fact in Dispute in support of its Opposition to the Motion for Summary Judgment.

| | | Uncontroverted | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|---|---|
| | 1 | Plaintiff is a purveyor of legal services. | Undisputed. |
| | 2 | On December 20, 2019, Plaintiff filed a federal trademark application for the trademark: "1-800-LUCHADOR for legal services in international class 045, application serial no. 88736099. | Undisputed. |
| | 3 | On December 13, 2022, Plaintiff's federal trademark application for the trademark "1-800-LUCHADOR" for legal services in international class 045 is granted and assigned registration no. 6920485. | Undisputed. |
| | 4 | Plaintiff was did not file a §2(f) affidavit of acquired distinctiveness as part of application serial no. 88736099. | Undisputed. |
| | 5 | The word "LUCHADOR" is a Spanish word that translates to the English word "FIGHTER." | Undisputed. |
| | 6 | The word "FIGHTER" is highly descriptive of "legal services." | Disputed. The word "FIGHTER" is not highly descriptive of "legal services". Declaration of Omid E. Khalifeh, Exh. A-D. |

| | Uncontroverted | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|---|
| 7 | There are over 50 federal registrations for "legal services." that include the word "FIGHTER" or its base word "FIGHT." | Undisputed. |
| 8 | There are multiple purveyors of "legal services" that that use common law trademarks that include the word "FIGHTER" or its base word "FIGHT." | Undisputed. |
| 9 | Defendant is a purveyor of legal services. | Undisputed. |
| 10 | Defendant is currently using the trademark LUCHADOR LAWYER in conjunction with legal services. | Undisputed. |
| 11 | Defendant currently owns a pending federal trademark application for the trademark LUCHADOR LAWYER for legal services in international class 045, application serial no. 98527115. | Undisputed. |
| 12 | Defendant is currently using the trademark ABOGADO LUCHADOR in conjunction with legal services. | Undisputed. |

3

RESPONSE TO STATEMENT OF UNCONTROVERTED FACTS

| | Uncontroverted | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|---|
| 13 | Defendant currently owns a pending federal trademark application for the trademark ABOGADO LUCHADOR in conjunction with legal services in international class 045, application serial no. 98527093. | Undisputed. |
| 14 | Defendant is using the trademark:<br><br>[LUCHADOR LAW logo]<br><br>in conjunction with legal services | Undisputed. |
| 15 | Defendant currently owns a pending federal trademark application for the trademark:<br><br>[LUCHADOR LAW logo]<br><br>in conjunction with legal services in international class 045, application serial no. 98527171. | Undisputed. |

RESPONSE TO STATEMENT OF UNCONTROVERTED FACTS

RESPECTFULLY SUBMITTED this 21st day of November, 2024.

**OMNI LEGAL GROUP**

/s/ Omid E. Khalifeh
Omid E. Khalifeh
Ariana Santoro
Louise Jillian Paris
Attorneys for Plaintiff,
Yagoubzadeh Law LLP