THE LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

Attorney for the Defendant,
Ulises Pizano-Diaz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAGOUBZADEH LAW FIRM LLP, a California Limited Liability Partnership;<br><br>Plaintiff,<br><br>v.<br><br>ULISES PIZANO-DIAZ,<br><br>Defendant. | Case No.: 2:23-cv-08299-GW-MAR<br><br>**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: **December 12, 2024**<br>Time: **8:30 a.m.**<br>Judge: **9D**<br><br>**Hon. George H. Wu** |

Defendant Ulises Pizano-Diaz ("Diaz" or "Defendant") hereby submits the following Statement of Uncontroverted Facts in support of Defendant's Reply to Plaintiff Response in Opposition to Defendant's Motion for Summary Judgment.

| | Uncontroverted | Evidence in Support |
|---|---|---|
| 1 | Plaintiff is a purveyor of legal services. | The Parties are in Agreement |
| 2 | On December 20, 2019, Plaintiff filed a federal trademark application for the trademark: "1-800-LUCHADOR for *legal services* in international class 045, application serial no. 88736099. | The Parties are in Agreement |
| 3 | On December 13, 2022, Plaintiff's federal trademark application for the trademark "1-800-LUCHADOR" for *legal services* in international class 045 is granted and assigned registration no. 6920485. | The Parties are in Agreement |
| 4 | Plaintiff was did not file a §2(f) affidavit of acquired distinctiveness as part of application serial no. 88736099. | The Parties are in Agreement |
| 5 | The word "LUCHADOR" is a Spanish word that translates to the English word "FIGHTER." | Plaintiff lists this item as "Undisputed" but Plaintiff's Response in Opposition seems to dispute this item.<br><br>Defendant provides a copy of Plaintiff's the Registration Certificate for Plaintiff's mark which states "*The English translation of "luchador" in the mark is "fighter*." (See 2nd Decl. of Welch, Exhibit A), and a copy of Plaintiff's trademark |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**– Page 2

| | | | |
|---|---|---|---|
| | | | application which shows that Plaintiff provided that translation to the USPTO. (See 2nd Decl. of Welch, Exhibit B) |
| | 6 | The word "FIGHTER" is highly descriptive of "*legal services*." | Plaintiff marked this item as "Disputed" but provided no evidence relevant to this issue.<br><br>Plaintiff provided the Declaration of Omid E. Khalifeh, Exh. A-D; however, this declaration and the attached exhibits seem to address the issue the translation of "luchador" (item #5), not the issue of whether or not the word "fighter" is descriptive of legal services.<br><br>Defendant provides the Second Declaration of Welch, Exhibits C through P. |
| | 7 | There are over 50 federal registrations for "*legal services.*" that include the word "FIGHTER" or its base word "FIGHT." | The Parties are in Agreement |
| | 8 | There are multiple purveyors of "*legal services*" that that use common law trademarks that include the word "FIGHTER" or its base word "FIGHT." | The Parties are in Agreement |
| | 9 | Defendant is a purveyor of legal services. | The Parties are in Agreement |
| | 10 | Defendant is currently using the trademark LUCHADOR LAWYER in conjunction with *legal services*. | The Parties are in Agreement |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**– Page 3

| | | | |
|---|---|---|---|
| | 11 | Defendant currently owns a pending federal trademark application for the trademark LUCHADOR LAWYER for *legal services* in international class 045, application serial no. 98527115. | The Parties are in Agreement |
| | 12 | Defendant is currently using the trademark ABOGADO LUCHADOR in conjunction with *legal services*. | The Parties are in Agreement |
| | 13 | Defendant currently owns a pending federal trademark application for the trademark ABOGADO LUCHADOR in conjunction with *legal services* in international class 045, application serial no. 98527093. | The Parties are in Agreement |
| | 14 | Defendant is using the trademark: <br><br> LUCHADOR LAW <br><br> in conjunction with *legal services*. | The Parties are in Agreement |

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**– Page 4

| 15 | Defendant currently owns a pending federal trademark application for the trademark:  in conjunction with *legal services* in international class 045, application serial no. 98527171. | The Parties are in Agreement |
|---|---|---|

Dated this 2nd day of December 2024

By: /s/Kevin M Welch/
Kevin M. Welch (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Email: Kevin@kmwlawoffice.com

*Attorney for Defendant,*
*Ulises Pizano-Diaz*