UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-8299-GW-MARx | Date | December 12, 2024 |
| Title | *Yagoubzadeh Law Firm LLP v. Ulises Pizano-Diaz* | | |

| | | |
|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Javier Gonzalez | Myra Ponce | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Louise J. Paris | Kevin M. Welch | |

**PROCEEDINGS:** **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED ULTIMATE FACTS AS ESTABLISHED [32]**

The Court's Tentative Ruling on Defendant's Motion [32] was issued on December 11, 2024 [39]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

Court and counsel confer re further mediation. The Court refers this matter to the Honorable Margo A. Rocconi, U.S. Magistrate Judge for settlement purposes. The parties are to contact her Courtroom Deputy for availability.

| | : | 13 |
|---|---|---|
| Initials of Preparer | JG | |