# EXHIBIT A



Jillian Paris <jillian@omnilg.com>

# RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**MARChambers** <MAR_Chambers@cacd.uscourts.gov>          Thu, Jan 9, 2025 at 9:55 AM
To: "Kevin M. Welch" <kevin@kmwlawoffice.com>, "ariana@omnilg.com" <ariana@omnilg.com>, Jillian Paris <jillian@omnilg.com>, Omid Khalifeh <omid@omnilg.com>

Thank you for calling and sending this email.


The settlement conference scheduled today will be taken off calendar and continued.  If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.


Thank you again.




**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

<mark>CAUTION - EXTERNAL:</mark>

Hello Valerie,

We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu took the trial off calendar and set a status conference for January 30th so we have time to schedule mediation with our clients.   Perhaps we can continue todays conference.

Best regards,

Kevin Welch

On Jan 9, 2025, at 8:05 AM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Good morning,

Sorry for the confusion but we will be meeting in courtroom **790** as Judge Rocconi's courtroom is now available.  I will change the calendar for today to reflect the courtroom change.

Thank you!

<image001.png>

---

**From:** MARChambers
**Sent:** Wednesday, January 8, 2025 5:09 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Good afternoon,

Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

Thank you.

1/28/25, 11:25 AM      Goldin-Marr - REDACTED Landmark Law Firm LLP - Time to Set Chambers/GW-2 In-Person Settlement Conference

Case 2:23-cv-08299-GW-MAR   Document 47-1   Filed 01/28/25   Page 5 of 51   Page ID #:454

<image001.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT B

 Gmail

Jillian Paris <jillian@omnilg.com>

# Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**Omid Khalifeh** <omid@omnilg.com>                                    Tue, Jan 14, 2025 at 9:47 AM
To: MARChambers <MAR_Chambers@cacd.uscourts.gov>
Cc: ariana@omnilg.com, Jillian Paris <jillian@omnilg.com>, "Kevin M. Welch" <kevin@kmwlawoffice.com>

Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.

Warm Regards,
Omid Khalifeh



**OMID E. KHALIFEH**
Principal Patent Attorney
omid@OmniLG.com

**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Suite 1860
Los Angeles, CA 90024

310.276.6664
855 IDEA BANK
www.omnilegalgroup.com

Follow us! 

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.
Please consider the environment before you print this e-mail.

On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Thank you for the follow-up we confer and provide the Court with availability shortly.

Best regards,

On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:


Good morning,

Following-up on this email.

Thank you.

<image001.png>

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued.  If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.

Thank you again.

<image001.png>

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

**CAUTION - EXTERNAL:**

Hello Valerie,

We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu took the trial off calendar and set a status conference for January 30th so we have time to schedule mediation with our clients. Perhaps we can continue todays conference.

Best regards,

Kevin Welch

> On Jan 9, 2025, at 8:05 AM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

> Good morning,

> Sorry for the confusion but we will be meeting in courtroom **790** as Judge Rocconi's courtroom is now available.  I will change the calendar for today to reflect the courtroom change.

> Thank you!

> <image001.png>

> **From:** MARChambers
> **Sent:** Wednesday, January 8, 2025 5:09 PM
> **To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
> **Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

> Good afternoon,

> Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

> Thank you.

> <image001.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT C

 Gmail

Jillian Paris <jillian@omnilg.com>

# Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**Kevin M. Welch** <kevin@kmwlawoffice.com>                                  Wed, Jan 15, 2025 at 10:56 PM
To: MARChambers <MAR_Chambers@cacd.uscourts.gov>
Cc: ariana@omnilg.com, Jillian Paris <jillian@omnilg.com>, Omid Khalifeh <omid@omnilg.com>

Hello Ms Velasco,

Defendant's are available next week except Monday and Thursday morning.  Defendants are available any day the following week.

Best regards,

Kevin Welch

> On Jan 15, 2025, at 10:28 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

> Mr. Welch,

> Please let the court know your availability.

> Thank you.

&lt;image001.png&gt;

---

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Kevin M. Welch <kevin@kmwlawoffice.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

<mark>**CAUTION - EXTERNAL:**</mark>

Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.

Warm Regards,

Omid Khalifeh

&lt;image002.jpg&gt;

On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Thank you for the follow-up we confer and provide the Court with availability shortly.

Best regards,

Kevin Welch

On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Good morning,

Following-up on this email.

Thank you.

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>;
Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued.  If the parties
can work together and provide dates and times to the court that will work for everyone involved as
soon as possible.

Thank you again.

<image001.png>

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>

**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

CAUTION - EXTERNAL:

Hello Valerie,

We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu took the trial off calendar and set a status conference for January 30th so we have time to schedule mediation with our clients.   Perhaps we can continue todays conference.

Best regards,

Kevin Welch

On Jan 9, 2025, at 8:05 AM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Good morning,

1/28/25, 11:28 AM  Gmail - MARChambers Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Case 2:23-cv-08299-GW-MAR  Document 47-1  Filed 01/28/25  Page 17 of 51  Page ID #:466

Sorry for the confusion but we will be meeting in courtroom **<u>790</u>** as Judge Rocconi's courtroom is now available.  I will change the calendar for today to reflect the courtroom change.

Thank you!

<image001.png>

---

**From:** MARChambers
**Sent:** Wednesday, January 8, 2025 5:09 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Good afternoon,

Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

Thank you.

1/28/25, 11:28 AM
Case 2:23-cv-08299-GW-MAR   Document 47-1   Filed 01/28/25   Page 18 of 51   Page ID #:467
Gmail - EV Mail- Re: TagardaLawLaw Firm LLP v. rmail:GL1-LoC0723.GW-MR iggtitudenent conlerence

<image001.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT D



Jillian Paris <jillian@omnilg.com>

---

# RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

---

**MARChambers** <MAR_Chambers@cacd.uscourts.gov>                Tue, Jan 21, 2025 at 1:19 PM
To: "Kevin M. Welch" <kevin@kmwlawoffice.com>, "ariana@omnilg.com" <ariana@omnilg.com>, Jillian Paris
<jillian@omnilg.com>, Omid Khalifeh <omid@omnilg.com>

Good afternoon,

The court is available to conduct the in-person settlement conference next Wednesday, January 29 at 11:00 am.  Can the parties
please confirm?

Thank you.



VALERIE VELASCO
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT COURT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589    Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Wednesday, January 15, 2025 10:57 PM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference


<mark>CAUTION - EXTERNAL:</mark>



Hello Ms Velasco,


Defendant's are available next week except Monday and Thursday morning.  Defendants are available any day the
following week.


Best regards,


Kevin Welch


On Jan 15, 2025, at 10:28 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Mr. Welch,

Please let the court know your availability.

Thank you.

<image001.png>

---

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Kevin M. Welch <kevin@kmwlawoffice.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

**CAUTION - EXTERNAL:**

Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.

Warm Regards,

Omid Khalifeh


<image002.jpg>



On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:


Thank you for the follow-up we confer and provide the Court with availability shortly.


Best regards,


Kevin Welch



On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Good morning,

Following-up on this email.

Thank you.

<image001.png>

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued. If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.

Thank you again.

<image001.png>

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

**CAUTION - EXTERNAL:**

Hello Valerie,

We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu took
the trial off calendar and set a status conference for January 30th so we have time to
schedule mediation with our clients.   Perhaps we can continue todays conference.

Best regards,

1/28/25, 11:29 AM
Gmail - MAR RE: Yagoubzadeh Law Firm LLP v. Diaz, 2:23-cv-08299-GW-MAR ; Settlement Conference
Case 2:23-cv-08299-GW-MAR   Document 47-1   Filed 01/28/25   Page 26 of 51   Page ID #:475

Kevin Welch


On Jan 9, 2025, at 8:05 AM, MARChambers
<MAR_Chambers@cacd.uscourts.gov> wrote:


Good morning,


Sorry for the confusion but we will be meeting in courtroom **790** as Judge Rocconi's courtroom is now available.  I will change the calendar for today to reflect the courtroom change.


Thank you!


<image001.png>

_____

**From:** MARChambers
**Sent:** Wednesday, January 8, 2025 5:09 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Good afternoon,

Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

Thank you.

<image001.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT E

 **Gmail**

Jillian Paris <jillian@omnilg.com>

## Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**Omid Khalifeh** <omid@omnilg.com>        Thu, Jan 23, 2025 at 11:47 AM
Reply-To: Josh Yaghoubzadeh <jyaghoub@gmail.com>
To: MARChambers <MAR_Chambers@cacd.uscourts.gov>
Cc: "Kevin M. Welch" <kevin@kmwlawoffice.com>, "ariana@omnilg.com" <ariana@omnilg.com>, Jillian Paris <jillian@omnilg.com>

Thank you, Ms. Velasco. The plaintiff is confirmed.

We look forward to meeting with you then.

Warm Regards,
Omid Khalifeh

 | **OMID E. KHALIFEH**<br>Principal Patent Attorney<br>omid@OmniLG.com | **OMNI LEGAL GROUP**<br>10880 Wilshire Blvd. Suite 1860<br>Los Angeles, CA 90024 | 310.276.6664<br>855 IDEA BANK<br>www.omnilegalgroup.com<br><br>Follow us! 

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.
Please consider the environment before you print this e-mail.

On Jan 23, 2025, at 7:35 AM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Following up on the email below.

Thank you.



**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

---

**From:** MARChambers
**Sent:** Tuesday, January 21, 2025 1:20 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference
**Importance:** High

Good afternoon,

The court is available to conduct the in-person settlement conference next Wednesday, January 29 at 11:00 am.  Can the parties please confirm?

Thank you.

**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Wednesday, January 15, 2025 10:57 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

<mark>CAUTION - EXTERNAL:</mark>

Hello Ms Velasco,

Defendant's are available next week except Monday and Thursday morning.  Defendants are available any day the following week.

Best regards,

Kevin Welch

> On Jan 15, 2025, at 10:28 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Mr. Welch,

Please let the court know your availability.

Thank you.

<image001.png>

---

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Kevin M. Welch <kevin@kmwlawoffice.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

**CAUTION - EXTERNAL:**


Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.



Warm Regards,
Omid Khalifeh

On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Thank you for the follow-up we confer and provide the Court with availability shortly.

Best regards,

Kevin Welch


On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:


Good morning,

Following-up on this email.

Thank you.

<image001.png>

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>;ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued.  If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.

Thank you again.

# EXHIBIT F

 Gmail

Jillian Paris <jillian@omnilg.com>

# RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**Kevin M. Welch** <kevin@kmwlawoffice.com>                Thu, Jan 23, 2025 at 12:32 PM
To: MARChambers <MAR_Chambers@cacd.uscourts.gov>, ariana@omnilg.com, Jillian Paris <jillian@omnilg.com>, Omid Khalifeh <omid@omnilg.com>

Hello Valerie,

I just received word that my client is unfortunately not available next Wednesday, January 29 at 11:00 am.

He told me that he is available the week of the 10th, or Monday through Wednesday the week of the 17th, or Monday and Tuesday the week of the 24th.

Best regards,

Kevin M. Welch

The Law Office of Kevin M. Welch

1/28/25, 11:32 AM                                GMAIL - MAR RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR; Settlement Conference

P.O. Box 494

Hermosa Beach, CA 90254

Tel: (310) 929-0553

Fax: (310) 698-1626

_____

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information re page that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this e-mail to kevin@kmwlawoffice.com or by telephone at (310) 929-0553 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

_____

**From:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Sent:** Thursday, January 23, 2025 7:36 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Following up on the email below.

Thank you.



**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589    Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

---

**From:** MARChambers
**Sent:** Tuesday, January 21, 2025 1:20 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference
**Importance:** High


Good afternoon,


The court is available to conduct the in-person settlement conference next Wednesday, January 29 at 11:00 am.  Can the parties please confirm?


Thank you.

**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT COURT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Wednesday, January 15, 2025 10:57 PM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

<mark>CAUTION - EXTERNAL:</mark>

Hello Ms Velasco,

Defendant's are available next week except Monday and Thursday morning.  Defendants are available any day the following week.

Best regards,

Kevin Welch

1/28/25, 11:32 AM

Case 2:23-cv-08299-GW-MAR RE: Yagoubzadeh Law Firm LLP v. Diaz... Filed 01/28/25 GW-MAR; Settlement Conference Page 38 of 51 Page ID #:487

On Jan 15, 2025, at 10:28 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:


Mr. Welch,


Please let the court know your availability.


Thank you.


<image001.png>

---

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Kevin M. Welch <kevin@kmwlawoffice.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference


<mark>CAUTION - EXTERNAL:</mark>


Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.

Warm Regards,

Omid Khalifeh

<image002.jpg>

On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Thank you for the follow-up we confer and provide the Court with availability shortly.

Best regards,

Kevin Welch

On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Good morning,

Following-up on this email.

Thank you.

<image001.png>

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued.  If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.

Thank you again.


<image001.png>


---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference


<mark>CAUTION - EXTERNAL:</mark>


Hello Valerie,


We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu took the trial off calendar and set a status conference for January 30th so we have time to schedule mediation with our clients.   Perhaps we can continue todays conference.


Best regards,

Kevin Welch

On Jan 9, 2025, at 8:05 AM, MARChambers
<MAR_Chambers@cacd.uscourts.gov> wrote:


Good morning,


Sorry for the confusion but we will be meeting in courtroom **<u>790</u>** as Judge Rocconi's
courtroom is now available.  I will change the calendar for today to reflect the
courtroom change.


Thank you!


<image001.png>

---

**From:** MARChambers
**Sent:** Wednesday, January 8, 2025 5:09 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris
<jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement
Conference

Good afternoon,

Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

Thank you.

<image001.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT G

 Gmail

<div align="right">Jillian Paris &lt;jillian@omnilg.com&gt;</div>

# Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

1 message

**Omid Khalifeh** &lt;omid@omnilg.com&gt;        Thu, Jan 23, 2025 at 12:39 PM
Reply-To: Josh Yaghoubzadeh &lt;jyaghoub@gmail.com&gt;, "Daniel L. Ginsberg" &lt;daniel@omnilg.com&gt;, Jonathan Yagoubzadeh &lt;jy@yaglaw.com&gt;
To: "Kevin M. Welch" &lt;kevin@kmwlawoffice.com&gt;
Cc: MARChambers &lt;MAR_Chambers@cacd.uscourts.gov&gt;, ariana@omnilg.com, Jillian Paris &lt;jillian@omnilg.com&gt;

Hi Kevin,

Thank you for your email. I wanted to confirm whether your client is aware that Judge Wu has ordered this mediation and has scheduled a **post**-mediation status conference for January 30th. Given the Court's expectations and the fact that your client previously agreed to this date, I would strongly encourage him to reconsider postponing.

Please let us know if there's any flexibility in his availability and whether he will honor the Court's Order on the originally agreed-upon date.

Warm Regards,
Omid Khalifeh



**OMID E. KHALIFEH**
Principal Patent Attorney
omid@OmniLG.com

**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Suite 1860
Los Angeles, CA 90024

310.276.6664
855 IDEA BANK
www.omnilegalgroup.com

Follow us!  

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**
This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.
Please consider the environment before you print this e-mail.

On Jan 23, 2025, at 12:32 PM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Hello Valerie,

I just received word that my client is unfortunately not available next Wednesday, January 29 at 11:00 am.

He told me that he is available the week of the 10th, or Monday through Wednesday the week of the 17th, or Monday and Tuesday the week of the 24th.

Best regards,

Kevin M. Welch

The Law Office of Kevin M. Welch
P.O. Box 494
Hermosa Beach, CA 90254
Tel: (310) 929-0553
Fax: (310) 698-1626

_____

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information re page that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this e-mail to kevin@kmwlawoffice.com  or by telephone at (310) 929-0553 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Sent:** Thursday, January 23, 2025 7:36 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Following up on the email below.

Thank you.

1/28/25, 11:34 AM

Case 2:23-cv-08299-GW-MAR Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR; Settlement Conference Page 47 of 51 Page ID #:496



**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

**From:** MARChambers
**Sent:** Tuesday, January 21, 2025 1:20 PM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference
**Importance:** High

Good afternoon,

The court is available to conduct the in-person settlement conference next Wednesday, January 29 at 11:00 am.  Can the parties please confirm?

Thank you.

**VALERIE VELASCO**
COURTROOM DEPUTY TO THE HONORABLE MARGO A. ROCCONI
**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-3589     Fax: (213) 894-6860
Email: valerie_velasco@cacd.uscourts.gov

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Wednesday, January 15, 2025 10:57 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

**CAUTION - EXTERNAL:**

Hello Ms Velasco,

Defendant's are available next week except Monday and Thursday morning.  Defendants are available any day the following week.

Best regards,

Kevin Welch

> On Jan 15, 2025, at 10:28 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:

Mr. Welch,

Please let the court know your availability.

Thank you.

<image001.png>

---

**From:** Omid Khalifeh <omid@omnilg.com>
**Sent:** Tuesday, January 14, 2025 9:47 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>
**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Kevin M. Welch <kevin@kmwlawoffice.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

<mark>CAUTION - EXTERNAL:</mark>

Thank you, Ms. Velasco.

Plaintiffs are available for an in-person mediation with Judge Rocconi any day next week.

Warm Regards,
Omid Khalifeh

<image002.jpg>

> On Jan 14, 2025, at 8:56 AM, Kevin M. Welch <kevin@kmwlawoffice.com> wrote:

Thank you for the follow-up we confer and provide the Court with availability shortly.

Best regards,

Kevin Welch


On Jan 14, 2025, at 5:39 PM, MARChambers <MAR_Chambers@cacd.uscourts.gov> wrote:


Good morning,

Following-up on this email.

Thank you.

<image001.png>

---

**From:** MARChambers
**Sent:** Thursday, January 9, 2025 9:56 AM
**To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
**Subject:** RE: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement Conference

Thank you for calling and sending this email.

The settlement conference scheduled today will be taken off calendar and continued. If the parties can work together and provide dates and times to the court that will work for everyone involved as soon as possible.

Thank you again.

<image001.png>

---

**From:** Kevin M. Welch <kevin@kmwlawoffice.com>
**Sent:** Thursday, January 9, 2025 9:44 AM
**To:** MARChambers <MAR_Chambers@cacd.uscourts.gov>

**Cc:** ariana@omnilg.com; Jillian Paris <jillian@omnilg.com>; Omid Khalifeh
<omid@omnilg.com>
**Subject:** Re: Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ; Settlement
Conference

<mark>CAUTION - EXTERNAL:</mark>

Hello Valerie,

We are done early from Judge Wu.  We are outside Courtroom 790 now.  Judge Wu
took the trial off calendar and set a status conference for January 30th so we have time
to schedule mediation with our clients.   Perhaps we can continue todays conference.

Best regards,

Kevin Welch

> On Jan 9, 2025, at 8:05 AM, MARChambers
> <MAR_Chambers@cacd.uscourts.gov> wrote:
>
>
> Good morning,
>
> Sorry for the confusion but we will be meeting in courtroom **790** as Judge Rocconi's
> courtroom is now available.  I will change the calendar for today to reflect the
> courtroom change.
>
> Thank you!
>
> <image001.png>
>
> _____
> **From:** MARChambers
> **Sent:** Wednesday, January 8, 2025 5:09 PM
> **To:** Kevin M. Welch <kevin@kmwlawoffice.com>; ariana@omnilg.com; Jillian Paris
> <jillian@omnilg.com>; Omid Khalifeh <omid@omnilg.com>
> **Subject:** Yagoubzadeh Law Firm LLP v. Diaz; 2:23-cv-08299-GW-MAR ;
> Settlement Conference

Good afternoon,

Tomorrow for the settlement conference, we will be using courtroom **780** as Judge Rocconi's courtroom is being used.

Thank you.

<image001.png>

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.