UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8299-GW-MARx | Date | February 13, 2025 |
|---|---|---|---|
| Title | *Yagoubzadeh Law Firm LLP v. Ulises Pizano-Diaz* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [51] was filed on February 13, 2025. The Court vacates all currently set dates, with the expectation that a dismissal will be filed by March 10, 2025. The Court sets an order to show re: settlement hearing for March 13, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 10, 2025.

                                                                                                                  :
                                                                          Initials of Preparer    JG