JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YAGOUBZADEH LAW FIRM LLP, | Case No. CV 23-8299-GW-MARx |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| ULISES PIZANO-DIAZ, | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal with Prejudice [54], filed on March 11, 20252, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 11, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE